

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00714-CV

**WESTPORT OIL & GAS COMPANY, L.P.** n/k/a Kerr-McGee Oil & Gas Onshore, L.P.,
Appellant

v.

Betsy **MECOM**, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins and Wahatoya, Ltd.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,470
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellees' brief is due on April 20, 2016. *See* TEX. R. APP. P. 38.6(b). On April 5, 2016, Appellees filed an unopposed first motion for a sixty day extension of time to file their brief until June 20, 2016.

Appellees' motion is GRANTED. Appellees' brief must be filed with this court not later than June 20, 2016. *See id.* R. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELEES' BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court